ELWOOD O. ROESSLE, Respondent, *v.* FREDERICK J. LANCASTER, Appellant.

*Roessle* v. *Lancaster*, 140 App. Div. 926, affirmed.
(Argued May 21, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action on a promissory note.

*Grant C. Fox* and *H. Gordon Pierce* for appellant.

*John Ewen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: VANN, J.

---

THOMAS FAHEY, Appellant, *v.* NEW AMSTERDAM GAS COMPANY, Respondent.

*Fahey* v. *New Amsterdam Gas Co.*, 141 App. Div. 919, affirmed.
(Argued May 21, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 30, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Henry M. Dater, George F. Elliott, Jay S. Jones* and *Edward J. Fanning* for appellant.

*I. R. Oeland* and *James B. Henney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: VANN, J.